## IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2334 Disciplinary Docket No. 3 |
| | : |
| JOSEPH CHARLES TERZO | : Board File No. C2-16-992 |
| | : |
| | : (United States Patent and Trademark |
| | : Office, Case No. D2016-35) |
| | : |
| | : Attorney Registration No. 205428 |
| | : |
| | : (Montgomery County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 3rd day of January, 2017, having been excluded on consent from the practice of law in the United States Patent and Trademark Office, and having indicated that he has no objection to the imposition of reciprocal discipline in this Commonwealth, Joseph Charles Terzo is disbarred from the practice of law in this Commonwealth. He shall comply with the provisions of Pa.R.D.E. 217.